# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

H.G.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-4044

_____

December 15, 2023

Appeal from the Circuit Court for Hillsborough County; Lawrence M. Lefler, Judge.

Howard L. Dimmig, II, Public Defender, and Matthew J. Salvia, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.